UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  18-12891 |
| | ) | |
| FRANK J. ORLANDINO | ) | Chapter:  13 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING AUTOMATIC STAY

This cause coming before the Court upon the Motion of SANTANDER CONSUMER USA INC., D/B/A CHRYSLER CAPITAL, AS SERVICER FOR CCAP AUTO LEASE LTD. to Modify the Automatic Stay pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. §362, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. That the Motion of SANTANDER CONSUMER USA INC., D/B/A CHRYSLER CAPITAL, AS SERVICER FOR CCAP AUTO LEASE LTD. to Modify Automatic Stay is hereby granted;

2. That the automatic stay provided by Section 362 of the Bankruptcy Code is hereby modified to permit SANTANDER CONSUMER USA INC., D/B/A CHRYSLER CAPITAL, AS SERVICER FOR CCAP AUTO LEASE LTD. to take possession of, sell and foreclose its security interest in the 2018 Jeep Grand Cherokee motor vehicle bearing a Vehicle Identification Number of 1C4RJFAG7JC223039, which is the subject of its Motion and as provided by Illinois law and statute; and,

3. That Bankruptcy Rule 4001(a)(3) does not apply to this Order.

Enter:

*/s/ Carol A. Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  March 26, 2019

**Prepared by:**

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312)332-3535
(312)332-3545 (facsimile)